# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:12-cr-084-MMD-GWF |
| ) | |
| vs. ) | **ORDER MODIFYING BOND** |
| ) | |
| JOHN HOLSHEIMER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court conducted a hearing on the Petition for Action on Conditions of Pretrial Release (Docket #89) on April 18, 2013, and modified Defendant's Appearance Bond (Docket #33) as follows:

IT IS ORDERED that the defendant shall participate in mental health counseling on Mondays and Fridays, substance abuse counseling on Wednesdays, and shall submit to periodic drug testing at least three times per week as directed by Pretrial Services. Any variation from this schedule must be preauthorized by Pretrial Services.

IT IS FURTHER ORDERED that Mr. Holsheimer shall pay all or part of the costs of mental health and substance abuse counseling and drug testing based upon his ability to pay as the Pretrial Services Officer determines.

IT IS FURTHER ORDERED that if the Defendant tests positive for unauthorized drug use, he has waived his right to contest such findings and will submit to detention without contesting the issue of detention.

IT IS FURTHER ORDERED that all other conditions of the Appearance Bond (Docket #33) previously imposed remain in full effect.

DATED this 19th day of April, 2013.

_____
C. W. HOFFMAN, JR.
United States Magistrate Judge